J. E. MANIX CO., Appellant, v. HOER-GERL, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by the J. E. Manix Company against Joseph Hoergerl, impleaded with others. A. B. Cunningham, for appellant. E. Herrmann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JENNINGS, Respondent, v. EDMOUND SCHAEFFER & CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Peter C. Jennings against Edmound Schaeffer & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOHN A. ECKERT & CO. v. BAUMGARTEN. (Supreme Court, Appellate Term. February 15, 1910.) Appeal from City Court of New York, Trial Term. Action by John A. Eckert & Co. against Emil Baumgarten, as surviving partner of William Baumgarten & Co. From an order denying defendant's motion for judgment on the pleadings, he appeals. Affirmed. John G. Jackson, for appellant. Sproull, Harmer & Sproull, for respondents.

PER CURIAM. The order denying the defendant's motion for judgment on the pleadings upholds the sufficiency of the complaint. We think the order appealed from was correct. Whether the plaintiffs upon the trial can prove the damages alleged is a matter which we cannot determine from a mere inspection of the complaint. The allegations of the complaint are sufficient to entitle them to an opportunity to do so. Order affirmed, with $10 costs and disbursements.

KAVANAUGH et al. v. COMMONWEALTH TRUST CO. OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Charles H. Kavanaugh, who sues on behalf of himself and all other stockholders of the Commonwealth Trust Company of New York, against the Commonwealth Trust Company of New York and others. No opinion. Amount of undertaking fixed at $100,000 for each defendant desiring a stay. See, also, 64 Misc. Rep. 303, 118 N. Y. Supp. 758.

In re KEITH. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Boudinot Keith. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLER, Appellant, v. HALSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by William B. Keller against Charles D. Halsey and others. O. Horwitz, for appellant. E. P. Wheeler, for respondents. No opinion. Judgment and order affirmed, with costs, on 130 App. Div. 598, 115 N. Y. Supp. 564. Order filed.

121 N.Y.S.—72

KENNEDY, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by George Kennedy against Joseph Royal Kennedy. No opinion. Judgment unanimously affirmed, with costs.

KEPES, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Moritz Kepes against Joseph Green. I. Cohn, for appellant. R. L. Cherurg, for respondent. No opinion. Judgment modified, by deducting therefrom $183.36, together with the interest thereon, and, as modified, affirmed, without costs. Settle order on notice.

KERMAN, Appellant, v. PENNSYLVANIA STEEL CO., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Edward Kerman against the Pennsylvania Steel Company. J. M. Ward, for appellant. H. S. Marshall, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KIERNAN, Respondent, v. DOLLARD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frank Kiernan against Albert H. Dollard and another. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is not sufficient evidence that Dollard was Talcott's partner.

In re KLAUBER. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Albert Klauber, deceased. No opinion. Motion to dismiss appeal granted on conditions stated in order. Order filed.

KNICKERBOCKER INV. CO. v. VOORHEES et al. In re DAVIES, STONE & AUERBACH. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. In the matter of Davies, Stone & Auerbach. H. Barry, for appellants. E. Van Schaick, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 121 App. Div. 690, 106 N. Y. Supp. 455; 128 App. Div. 639, 902, 112 N. Y. Supp. 842, 1134; 130 App. Div. 880, 114 N. Y. Supp. 1133.

KNORR, Appellant, v. SIMON, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Louise C. Knorr, as administratrix, etc., against William Simon. No opinion. Judgment affirmed, with costs.

KOCH et al. v. RUBIN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Christian Koch